# IN THE UNITED STATES DISTRICT COURT
# FOR THE NOTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 1:23-cv-02103-SCJ |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE subscriber assigned IP Address 73.184.211.143, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION FOR LEAVE TO SERVE A THIRD-PARTY SUBPOENA PRIOR TO RULE 26(f) CONFERENCE

Plaintiff Strike 3 Holdings, LLC ("Strike 3" or "Plaintiff"), by counsel, hereby moves, pursuant to Rule 26(d)(1) of the Federal Rules of Civil Procedure, leave to serve a third-party subpoena on Comcast Cable prior to the Court holding a Rule 26(f) conference.  In support of the relief requested herein, Plaintiff submits the attached supporting Memorandum of Points and Authorities, along with Declarations of David Williamson, Patrick Paige, and Susan B. Stalzer.  A proposed order is also attached for the Court's convenience.

1

Dated: 05/16/2023

        Respectfully submitted,

        By: /s/ *Richard A. Rice, Jr.*
        Richard A. Rice, Jr., Esq.
        GA Bar No. 603203

        The Rice Law Firm, LLC
        3151 Maple Drive, NE
        Atlanta, GA 30305
        Tel.: (404) 835-0783
        Fax: (404) 481-3057
        E-mail: richard.rice@trlfirm.com
        *Counsel for Plaintiff*

        By: /s/ *Jeremy J. Thompson*
        Jeremy J. Thompson

        The Law Office of Jeremy J.
        Thompson PLLC
        5200 Willson Road, Suite 150
        Edina, MN 55424
        Tel.: (952) 952-1883
        Fax: (952) 952-1884
        Email: jeremy@jthompson.law
        *(pro hac forthcoming)*