UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>            v.<br><br>JOHN DOE subscriber assigned IP address 73.137.105.62,<br>    Defendant. | Civil Action No.<br>1:23-CV-02098-VMC |
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>            v.<br><br>JOHN DOE subscriber assigned IP address 24.240.23.76,<br>    Defendant. | Civil Action No.<br>1:23-CV-02099-SEG |
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>            v.<br><br>JOHN DOE subscriber assigned IP address 73.237.242.170,<br>    Defendant. | Civil Action No.<br>1:23-CV-02100-TWT |
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>            v.<br><br>JOHN DOE subscriber assigned IP address 73.137.234.124,<br>    Defendant. | Civil Action No.<br>1:23-CV-02102-AT |
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>            v.<br><br>JOHN DOE subscriber assigned IP address 73.184.211.143,<br>    Defendant. | Civil Action No.<br>1:23-CV-02103-SCJ |

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br>    Plaintiff,<br>            v.<br>JOHN DOE subscriber assigned IP address 71.59.16.230,<br>    Defendant. | Civil Action No.<br>1:23-CV-02104-LMM |
| STRIKE 3 HOLDINGS, LLC,<br>    Plaintiff,<br>            v.<br>JOHN DOE subscriber assigned IP address 73.137.213.59,<br>    Defendant. | Civil Action No.<br>1:23-CV-02105-MHC |

## **ORDER**

In the interest of justice, including efficient case management, and with the consent of all applicable judges and the undersigned, the above-referenced cases are transferred to Judge Grimberg.

**IT IS SO ORDERED** this 17th day of May 2023.

_____
TIMOTHY C. BATTEN, SR.
Chief United States District Judge