

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 United States Courthouse
75 Ted Turner Dr, SW
Atlanta, Georgia 30303-3361

| | | |
|---|---|---|
| **Kevin P. Weimer** | | **Admin Section** |
| **DCE/Clerk of Court** | May 21, 2023 | **404-215-1600** |

1:23-cv-2098-SDG - Strike 3 Holdings, LLC v.John Doe subscriber assigned IP address 73.137.105.62
1:23-cv-2099-SDG- Strike 3 Holdings, LLC v. John Doe subscriber assigned IP Address 24.240.23.76
1:23-cv-2100-SDG - Strike 3 Holdings, LLC v. John Doe Subscriber Assigned IP Address 73.237.242.170
1:23-cv-2102-SDG - Strike 3 Holdings, LLC v. John Doe subscriber assigned IP Address 73.137.234.124
1:23-cv-2103- SDG - Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 73.184.211.143
1:23-cv-2104-SDG - Strike 3 Holdings, LLC v. John Doe Subscriber Assigned IP Address 71.59.16.230
1:23-cv-2105-SDG - Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 73.137.213.59

Jeremy J. Thompson:

You are listed as counsel in the subject case, but you do not appear to be admitted to the Northern District of Georgia. N.D. Ga. Local Rule 83.1 requires attorneys who are members of the State Bar of Georgia and appear in this Court to be members of its bar. Attorneys who are members of the bar in another state and not Georgia residents must be admitted *pro hac vice* in order to appear.

Attorneys applying for full admission to the bar of this Court must initiate the process through PACER at www.pacer.gov. Attorneys applying for admission *pro hac vice* must complete the form on our website and have local counsel file the application electronically in the case in which they wish to appear.

Please visit the "For Attorneys" tab on the Court's website at www.gand.uscourts.gov for more detailed information regarding admission requirements and procedures. Once you are admitted to the bar of this Court, you will be permitted to file pleadings electronically, as provided by Local Rule 5.1 and Appendix H to the Local Rules.

Your application for full admission or for admission *pro hac vice* must be received within **10 days** of this notice. At the expiration of the 10-day time limit, the status of your admission will be brought to the attention of the assigned judge. If you decide not to apply, you must either (1) file a motion to withdraw and identify therein the attorney who will represent the party or (2) file a notice of substitution of counsel. This is the only notice you will receive. Please direct any questions to 404-215-1600.

Revised 2023.03.27

KEVIN P. WEIMER
DCE/CLERK OF COURT

By: s/Rebecca V. Bachelor
      Operations Manager