# IN THE UNITED STATES DISTRICT COURT
# FOR THE NOTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
|     Plaintiff, | ) | Civil Action No. 1:23-cv-02096-SDG |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 71.59.3.125, | ) ) | |
|     Defendant. | ) ) | |
| STRIKE 3 HOLDINGS, LLC, | ) | |
|     Plaintiff, | ) | Civil Action No. 1:23-cv-02098-SDG |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 73.137.105.62, | ) ) | |
|     Defendant. | ) ) | |
| STRIKE 3 HOLDINGS, LLC, | ) | |
|     Plaintiff, | ) | Civil Action No. 1:23-cv-02099-SDG |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 24.240.23.76, | ) ) | |
|     Defendant. | ) ) | |
| STRIKE 3 HOLDINGS, LLC, | ) | |
|     Plaintiff, | ) | Civil Action No. 1:23-cv-02100-SDG |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 73.237.242.170, | ) ) | |

| | |
|---|---|
| Defendant. ) <br> _____ ) <br> STRIKE 3 HOLDINGS, LLC, ) <br>          Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> JOHN DOE subscriber assigned IP ) <br> Address 73.137.234.124, ) <br>          Defendant. ) <br> _____ ) <br> STRIKE 3 HOLDINGS, LLC, ) <br>          Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> JOHN DOE subscriber assigned IP ) <br> Address 73.184.211.143, ) <br>          Defendant. ) <br> _____ ) | Civil Action No. 1:23-cv-02102-SDG <br><br><br><br><br><br><br><br> Civil Action No. 1:23-cv-02103-SDG |

**PLAINTIFF'S NOTICE CONSENTING TO CONSOLIDATION OF CASES**

**PLEASE TAKE NOTICE** that Plaintiff, Strike 3 Holdings, LLC, hereby consents to the Court's proposed relief that the above-captioned cases be consolidated pursuant to Fed. R. Civ. P. 42(a).

By Orders dated June 23, 2023, the Court ordered that Plaintiff show cause why the above-captioned cases should not be consolidated pursuant to Fed. R. Civ. P. 42(a) because "these actions present almost identical complaints and discovery motions, and they appear substantially similar."

2

However, in addition to the six (6) above-captioned cases, there are two additional cases that were filed on the same date as the above-captioned cases and present almost identical complaints and discovery motions, and are otherwise substantially similar: case nos. 1:23-cv-02104 and 1:23-cv-02105. Accordingly, Plaintiff suggests that these two additional cases also be consolidated with the above-captioned cases.

Dated: June 28, 2023                     Respectfully submitted,

By: /s/ *Richard A. Rice, Jr.*
Richard A. Rice, Jr., Esq.
GA Bar No. 603203

The Rice Law Firm, LLC
3151 Maple Drive, NE
Atlanta, GA 30305
Tel.: (404) 835-0783
Fax: (404) 481-3057
E-mail: richard.rice@trlfirm.com
*Counsel for Plaintiff*

By: /s/ *Jeremy J. Thompson*
Jeremy J. Thompson
The Law Office of Jeremy J. Thompson PLLC
5200 Willson Road, Suite 150
Edina, MN 55424
Tel.: (952) 952-1883
Fax: (952) 952-1884
Email: jeremy@jthompson.law
*Admitted Pro Hac Vice*